JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

*ORDER E-FILED 5/12/2008*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIAOKE TAO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of the U.S. Citizen and Immigration Services;<br>GERARD HEINAUER, Director of Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | No. C 07-2216 HRL<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services adjudicated Plaintiff's adjustment of status application (Form I-485) on April 21, 2008.

///

///

///

Stipulation to Dismiss
C07-2216 HRL                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: May 6, 2008					Respectfully submitted,

3 |						JOSEPH P. RUSSONIELLO
						United States Attorney

4 |

5 |

6 |						_____/s/_____
						ILA C. DEISS
						Assistant United States Attorney
7 |						Attorney for Defendants

8 |

9 | Dated: May 6, 2008				_____/s/_____
						XIAOKE TAO
10 |						*Pro se*

11 |

12 |
						**ORDER**
13 |
| Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 |

16 | Date:  May 12, 2008				_____
						HOWARD R. LLOYD
17 |						United States Magistrate Judge

Stipulation to Dismiss
C07-2216 HRL					2